Lisa M. Carvalho (SBN 161420)
Email:  lcarvalho@reedsmith.com
Renee C. Feldman (SBN 253877)
Email:  RFeldman@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendant Wells Fargo Bank, N.A.
(for itself and as successor in interest to Defendant Wachovia Bank, N.A.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE PANZONE,<br><br>  Plaintiff,<br><br>  vs.<br><br>WACHOVIA BANK, N.A.; WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | No.: CV-10-2720-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER:**<br><br>**(1) EXTENDING TIME TO RESPOND TO COMPLAINT, AND**<br><br>**(2) CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINE** |

Whereas, Plaintiff Melanie Panzone ("Plaintiff") filed her Complaint on June 22, 2010, but has not yet served the Complaint on Defendant Wachovia Bank, N.A. or Defendant Wells Fargo Bank, N.A. (collectively, "Defendants"); and

Whereas, Plaintiff and Defendants have reached an agreement in principle regarding settlement of this matter, and are working to finalize the documentation of their agreement; and

Whereas, Plaintiff wishes to serve her Complaint within the time limit for service provided by the rules of this Court; and

Whereas, in consideration of the stipulation set forth herein, Defendants have agreed to

accept service (through their counsel) of the Complaint, with service effective October 19, 2010; and

Whereas, Plaintiff and Defendants request that the Court (a) extend Defendants' time to respond to the Complaint, and (b) continue the Initial Case Management Conference and related deadlines in order to allow the parties to finalize the documentation of their settlement, and failing that, to allow Defendants time to respond to the Complaint;

Now, therefore, IT IS HEREBY STIPULATED that an Order may be entered:

(1) Extending Defendants' time to respond to the Complaint through and including December 1, 2010; and

(2) Continuing the Initial Case Management Conference from the presently-scheduled date of November 10, 2010, to December 1, 2010, at 1:30 p.m. or as otherwise may be scheduled by the Court. Further, the parties will file their joint Case Management Conference Statement no later than November 24, 2010. The parties agree, and request that the Court confirm, that Defendants' participation in, and filing of, the joint Case Management Statement will neither constitute a response to the Complaint, nor constitute any waiver or forfeiture of any defenses or claims that may be raised by any Defendant at any time and in any manner, whether in a response to the Complaint or otherwise. A joint CMC Statement shall be filed by November 24, 2010.

DATED: October 19, 2010.                THOMPSON WIGDOR & GILLY LLP

                                        By   */s/ Lawrence Pearson*
                                            Lawrence M. Pearson
                                            Attorneys for Plaintiff
                                            Melanie Panzone

DATED: October 19, 2010.                REED SMITH LLP

                                        By   */s/ Lisa Carvalho*
                                            Lisa M. Carvalho
                                            Renee Feldman
                                            Attorneys for Defendant Wells Fargo Bank, N.A.
                                            (for itself and as successor in interest to Defendant Wachovia Bank, N.A.)

1    IT IS SO ORDERED.

3    DATED: October __21__, 2010



_____
United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen