Lisa M. Carvalho (SBN 161420)
Email:  lcarvalho@reedsmith.com
Renee C. Feldman (SBN 253877)
Email:  RFeldman@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant Wells Fargo Bank, N.A.
(for itself and as successor in interest to Defendant
Wachovia Bank, N.A.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE PANZONE,<br><br>          Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, N.A.; WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>          Defendants. | No.: CV-10-2720-EMC<br><br>[~~PROPOSED~~] ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE |

On November 23, 2010, Plaintiff and Defendant filed a Joint Case Management Conference Statement apprising the Court that the case has reached settlement as to form and a settlement agreement is in the process of being executed.  Upon consideration of the Joint Case Management Conference Statement, and good cause shown, IT IS HEREBY ORDERED that the Joint Case Management Conference scheduled for December 1, 2010 is continued to February 2/3, 2011 at 1:30 p.m.   A joint cmc statement shall be filed by January 26, 2011.

SO IT IS ORDERED

DATED:  11/24/10 .

*IT IS SO ORDERED AS MODIFIED*
*[signature]*
*Judge Edward M. Chen*

US_ACTIVE-104973724

[PROPOSED] ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE